# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

JAMES ZERBEL,

    Plaintiff,

v.

STRYKER EMPLOYMENT COMPANY, LLC,

    Defendant.
_____/

Case No. 1:23-cv-00963

HON. ROBERT J. JONKER

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND TO DISMISS CASE WITH PREJUDICE

Plaintiff James Zerbel and Defendant Stryker Employment Company, LLC jointly move that the Court approve their agreement resolving this case.

This Motion is supported by the Brief that is filed simultaneously with it.

| | |
|---|---|
| */s/ Mark S. Wilkinson w/ permission* | */s/ Matthew M. O'Rourke* |
| Mark S. Wilkinson (P68765) | Matthew M. O'Rourke (P79019) |
| Paladin Employment Law PLLC | Barbara A. Moore (P83123) |
| Attorneys for Plaintiff | Miller Johnson |
| 5955 W. Main Street | Attorneys for Defendant |
| Kalamazoo, MI  49009 | 45 Ottawa Avenue SW, Suite 1100 |
| 269-978-2474 | Grand Rapids, MI  49503 |
| mark@paladinemploymentlaw.com | 616-831-1766 |
| | orourkem@millerjohnson.com |
| | mooreb@millerjohnson.com |
| Date: April 10, 2024 | Date: April 10, 2024 |

MJ_DMS 37561439v1