## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

JAMES ZERBEL,

    Plaintiff,

v.

STRYKER EMPLOYMENT COMPANY, LLC,

    Defendant.
_____/

Case No. 1:23-cv-00963

HON. ROBERT J. JONKER

## BRIEF IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND TO DISMISS CASE WITH PREJUDICE

## INTRODUCTION

Plaintiff James Zerbel ("Zerbel") and Stryker Employment Company, LLC ("Stryker") jointly move that the Court approve their agreement resolving this case. Because settlement includes the resolution of a claim under the Fair Labor Standards Act ("FLSA"), the settlement requires the Court's approval.

## BACKGROUND

Zerbel brought his action under the FLSA on September 12, 2023. (ECF No. 1, PageID.1-10). He alleged that Stryker failed to pay him proper overtime compensation for his pre-shift work. *Id.* Stryker denies that it is liable to Zerbel for unpaid overtime. The parties exchanged discovery, engaged in settlement negotiations, and reached an agreement. The Settlement Agreement and Release (the "Agreement") is attached as **Exhibit 1**.

## MEMORANDUM OF LAW

Claims under the FLSA may be settled only with the approval of the District Court or the Secretary of Labor. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). "The Court's role is to determine whether the settlement agreement is fair and reasonable to all concerned." *Cruz v. Don Pancho Market, LLC*, Nos. 1:15-cv-00698, 1:16-cv-00569, 2016 WL 4531142, at *2 (W.D. Mich. Aug. 23, 2016) (citing *Lynn's Food Stores*, 679 F.2d at 1353).

Zerbel and Stryker request that the Court approve the Agreement because it is fair and reasonable. The parties entered into the Agreement after their attorneys engaged in arm's-length negotiations. There is no fraud or collusion behind the settlement, and the expense and time associated with litigating this matter favors settlement.

**CONCLUSION**

For the reasons stated above, the parties request that the Court enter an Order (1) approving the Settlement Agreement and Release and (2) dismissing this action in its entirety, with prejudice, and without costs and fees. A proposed Order is attached as **Exhibit 2**.

| | |
|---|---|
| */s/ Mark S. Wilkinson w/ permission* | */s/ Matthew M. O'Rourke* |
| Mark S. Wilkinson (P68765) | Matthew M. O'Rourke (P79019) |
| Paladin Employment Law PLLC | Barbara A. Moore (P83123) |
| Attorneys for Plaintiff | Miller Johnson |
| 5955 W. Main Street | Attorneys for Defendant |
| Kalamazoo, MI 49009 | 45 Ottawa Avenue SW, Suite 1100 |
| 269-978-2474 | Grand Rapids, MI 49503 |
| mark@paladinemploymentlaw.com | 616-831-1766 |
| | orourkem@millerjohnson.com |
| | mooreb@millerjohnson.com |
| | |
| Date: April 10, 2024 | Date: April 10, 2024 |

**CERTIFICATE OF COMPLIANCE**

In compliance with W.D.Mich.LR 7.2(b)(i), I certify that the Brief in Support of the Joint Motion for Approval of Settlement Agreement and to Dismiss Case with Prejudice does not exceed ten thousand eight hundred (10,800) words, including in the word count headings, footnotes, citations and quotations, but not including in the word count the case caption, cover sheet, table of contents, table of authorities, signature block, attachments, exhibits, and declarations. The word count of 285 words was generated by Microsoft Word 2016®.

Dated: April 10, 2024    By  */s/ Matthew M. O'Rourke*
                             Matthew M. O'Rourke (P79019)