# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

JAMES ZERBEL,

    Plaintiff,

v.

STRYKER EMPLOYMENT COMPANY, LLC,

    Defendant.
_____/

Case No. 1:23-cv-00963

HON. ROBERT J. JONKER

## ORDER

The Court has reviewed the parties' Joint Motion for Approval of Settlement Agreement and to Dismiss Case With Prejudice and the settlement agreement in this case. The Court finds that the settlement agreement is fair and reasonable.

IT IS THEREFORE ORDERED that the settlement agreement is approved and this case is dismissed with prejudice.

Date:  April 11 , 2024

/s/ Robert J. Jonker
Honorable Robert J. Jonker
United States District Court Judge

MJ_DMS 37585473v1